# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ORIN LEE O'QUINN, SR.

VERSUS

NEXION HEALTH AT NEW IBERIA
SOUTH, INC. AND NAKIYA S.
PRYOR

NO.   2025 CW 1360

**APRIL 9, 2026**

---

In Re:   Orin Lee O'Quinn, Sr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 764155.

---

**BEFORE:   THERIOT, HESTER, GREENE, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT GRANTED.** The district court's December 15, 2025 judgment which granted defendant's declinatory exception of improper venue and motion to transfer for forum non conveniens is reversed. The district court abused its discretion in admitting the affidavit of Ryan Mitchell into evidence, and that ruling is reversed. A sworn affidavit is hearsay and is not competent evidence unless its use is specifically authorized by statute. **Michael F. Smith, CPA v. Alford**, 2004-0586 (La. App. 1st Cir. 3/24/05), 906 So.2d 674, 676. Accordingly, even if the district court could consider evidence outside of the filings with the Louisiana Secretary of State as to the principal business establishment of defendant, there was no admissible evidence to establish an address other than that contained in the last annual report filed by defendant, which provided an address in East Baton Rouge Parish. In addition, defendant failed to meet its burden of proving that the convenience of the parties and interests of justice merit changing venue from East Baton Rouge Parish to Iberia Parish. **Nat'l Linen Serv. v. City of Monroe**, 39,199 (La. App. 2 Cir. 12/15/04), 889 So. 2d 1186, 1190.

CHH
HG
KEB
BDH

Theriot, J., concurs in part and dissents in part. I concur with the reversal of the grant of the exception of improper venue, but I dissent and would deny the portion of the writ seeking review of the grant of the motion to transfer for forum non conveniens.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.